## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| KRYOSPHERE, INC., | ) | 14-22080-jrs |
| | ) | |
| Debtor. | ) | |

### FIRST OMNIBUS MOTION TO ASSUME CUSTOMER CONTRACTS
### AND ASSIGN TO KRYOCAL, LLC

**NOTICE: THE PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND THEIR ASSOCIATED EXECUTORY CONTRACTS ON EXHIBIT A TO THIS MOTION.**

COMES NOW Debtor Kryosphere, Inc. and, pursuant to 11 U.S.C. § 365 and Federal Rule of Bankruptcy Procedure 6006, hereby moves this Court for entry of an Order authorizing the assumption of the customer contracts identified on Exhibit A hereto (the "Contracts") and the assignment of the Contracts to Kryocal, LLC, a North Carolina limited liability company ("Kryocal"). In support of this Motion, Debtor shows the Court the following:

### BACKGROUND FACTS

1.

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.

Debtor commenced this Chapter 11 bankruptcy case by filing a voluntary petition for relief on September 2, 2014. Debtor is operating as a debtor in possession.

1264973.1

3.

Debtor operates a biorepository, which essentially is a cold storage facility for certain biological samples. For a more detailed description of Debtor's operations, please see the Declaration of John O. Norton In Support Of First Day Motions (doc. 3).

## ASSET SALE / ASSIGNMENT AND ASSUMPTION OF CONTRACTS

4.

Debtor filed a Motion to Sell Substantially All of Debtor's Assets Free and Clear of Claims, Liens and Encumbrances (doc. 53) (the "Sale Motion"). Any objections to the Sale Motion were resolved, and Debtor anticipates that the Court will grant the Sale Motion promptly.

5.

Pursuant to the Sale Motion, Debtor proposes to sell substantially all of its assets to Kryocal, an unaffiliated third party, on terms and conditions more specifically set forth in the Sale Motion.

6.

As a part of such a sale, Debtor proposes to assume the Contracts and assign the Contracts to Kryocal, to be effective upon the closing of Kryocal's purchase of Debtor's assets.

## CURE AMOUNTS

7.

Pursuant to 11 U.S.C. § 365(b)(1), prior to an assumption of the Contracts, Debtor must (i) cure, or provide adequate assurance that Debtor will promptly cure, defaults under the Contracts and (ii) provides adequate assurance of future performance under the Contracts.

8.

Debtor asserts that no default exists under any of the Contracts, and therefore no cure is required.

9.

With respect to adequate assurance of future performance, Debtor shows that Kryocal has dedicated substantial equity with respect to its purchaser of Debtor's assets and takeover of Debtor's business.  Kryocal is substantially motivated to perform under the Contracts, as such performance is vital to Kryocal's success.  In addition, Debtor anticipates that Kryocal will be required to undergo credit review by CAT Financial with respect to an assumption and assignment of one of Debtor's equipment leases.

10.

Debtor anticipates that the closing of the sale to Kryocal, and the assignment and assumption contemplated herein, will be consummated promptly upon Court approval of this Motion.

WHEREFORE, Debtor respectfully moves this Court to:

(a)     hold a hearing on this Motion;

(b)     enter an Order granting this Motion, effective immediately and not stayed pursuant to Fed. R. Bank. P. 6006(d); and

(c)     grant Debtor such other and further relief as may be equitable, proper and just.

Respectfully submitted this 24th day of December, 2014.

**MARTIN BAGWELL LUKE, P.C.**

/s/ Jimmy C. Luke, II
Jimmy C. Luke, II
Georgia Bar No. 191817

1264973.1

400 Northridge Road, Suite 1225
Atlanta, Georgia 30350
Direct: (404) 467-5867
Facsimile: (678) 218-0396
Email: jluke@mbllawfirm.com
*Counsel for Debtor*

1264973.1

# EXHIBIT A
## Contracts to be Assumed

| CUSTOMER NAME | ADDRESS | PROPOSED CURE AMOUNT |
|---|---|---|
| Achelios Therapeutics | 6340 Quadrangle Drive Suite 120 Chapel Hill, NC 27517 | $0.00 |
| Acorda - Neuronex | 420 Saw Mill River Road Ardsley, NY 10502 | $0.00 |
| AlphaVax | 2 Triangle Drive Research Triangle Park, NC 27709-0307 | $0.00 |
| Asklepios | 45 N. Chatham Parkway Chapel Hill, NC 27517 | $0.00 |
| Avioq | P.O. Box 12808 Research Triangle Park, NC 27709 | $0.00 |
| Bayer Cropscience | Attn: Marcie Tolley P.O. Box 98 Pittsburgh, PA 15230-0098 | $0.00 |
| Bayer CropScience | Attn: Sandy Mackie P.O. Box 98 Pittsburgh, PA 15230-0098 | $0.00 |
| BD Technologies | P.O. Box 5200 Rantoul, IL 61866-5200 | $0.00 |
| BHV Pharma | 3200 East Hwy. 54 Research Triangle Park, NC 27709 | $0.00 |
| Cellular Dynamics, Inc. | 525 Science Drive Madison, WI 53711 | $0.00 |
| Chimerix, Inc. | 4134 S. Alston Avenue Durham, NC 27713 | $0.00 |

| | | |
|---|---|---|
| CorePharma | Attn: Finance Department<br>215 Wood Avenue<br>Middlesex, NJ 08846-2554 | $0.00 |
| Cytonet | 801 Capitola Drive, Suite 8<br>Durham, NC 27713 | $0.00 |
| Duke Brain Tumor Center - | P. O. Box 104131<br>Durham, NC 27708 | $0.00 |
| Duke CTIL | P.O. Box 104131<br>Durham, NC 27708 | $0.00 |
| Duke Div Infectious Diseases | DUMC 102359<br>(Erwin Square, Room 348)<br>Durham, NC 27710 | $0.00 |
| Duke IGSP - Burke Labs | P.O. Box 104131<br>Durham, NC 27708 | $0.00 |
| Duke RadCCORE | 3961 Duke University<br>Durham, NC 27710 | $0.00 |
| Duke  University | 324 Blackwell Street<br>Washington Bldg Ste 800<br>P.O. Box 1044131<br>Durham, NC 27708 | $0.00 |
| Duke University Medical Center | Attn: John D. York, PhD<br>Department of Biochemistry<br>607 Light Hall<br>2215 Garland Ave.<br>Nashville, TN 37232-0146 | $0.00 |
| Dupuy Oxygen & Supply | Attn: Sharon Tomlinson<br>7201 Imperial Drive<br>Waco, TX 76712 | $0.00 |
| Dupuy Oxygen & Supply | P.O. Box 7833<br>Waco, TX 76714 | $0.00 |

1264973.1

| | | |
|---|---|---|
| Emory University | 1525 Clifton Road, Ste 100<br>Atlanta, GA 30322 | $0.00 |
| Emory University Hospital | Attn: Accounts Payable<br>1364 Clifton Road NE<br>Atlanta, GA 30322 | $0.00 |
| Fujifilm Diosynth | 101 J Morris Commons Ln<br>Morrisville, NC 27560 | $0.00 |
| GeoVax | 1900 Lake Park Drive<br>Suite 380<br>Smyrna, GA 30080 | $0.00 |
| Glenmark Generics, Inc. | 750 Corporate Drive<br>Mahwah, NJ 07430 | $0.00 |
| Global Vaccines | 801-11 Capitola Drive<br>Durham, NC 27713 | $0.00 |
| Heat Biologics, Inc. | Heat Biologics, Inc.<br>100 Europa Drive, Ste 420<br>Chapel Hill, NC 27517 | $0.00 |
| Howard Hughes Med Institute | 4000 Jones Bridge Road<br>Chevy Chase, MD 20815 | $0.00 |
| Hoxworth Blood Center | 3130 Highland Avenue<br>Cincinnati, OH 45269<br>Attn: Traci Kraus | $0.00 |
| Humacyte | P.O. Box 12695<br>Durham, NC 37709 | $0.00 |
| Inovio - VGX Pharmaceuticals, LLC | Attn: Jessica C Lee<br>1787 Sentry Parkway Building 18<br>Suite 400<br>Blue Bell, PA 19422 | $0.00 |

1264973.1

| | | |
|---|---|---|
| Intrexon | Attn: Accounts Payable<br>1750 Kraft Drive Suite 1400<br>Blacksburg, VA 24060 | $0.00 |
| Medicago | 7 Triangle Drive<br>Durham, NC 27713 | $0.00 |
| Medical University of South Carolina | Attn: Wayne Singleton<br>96 Jonathan Lucas Street<br>MSC 613, Room 420M<br>Charleston, SC 29425 | $0.00 |
| Memorial Sloan-Kettering | 300 E 66th Street<br>New York, NY 10065 | $0.00 |
| Merck-Inspire Pharmaceuticals, Inc. | Attn: Merk Sharp & Dohme Corp<br>PtP Shared Services<br>P.O. Box 982122<br>El Paso, TX 79998-2122 | $0.00 |
| Metabolon | Attn: Don Harvan, Director<br>P.O. Box 110407<br>Research Triangle Park, NC 27709 | $0.00 |
| Monsanto - Agradis | Attn:  Accounts Payable Department G5NP<br>P.O. Box 19095<br>St Louis, MO 53141-9095 | $0.00 |
| Octopharma Plasma | 3525 Whitehall Park Drive, Suite 500<br>Charlotte, NC 28273 | $0.00 |
| Pfizer/Neusentis- Icagen | Attn: Pfizer, Inc. GFSS – Americas<br>P.O. Box 34600<br>Bartlett, TN 38184-0600 | $0.00 |
| Precision BioSciences, Inc. | 302 E. Pettigrew Street Dibrell Building<br>Suite A-100<br>Durham, NC 27701 | $0.00 |

1264973.1

| | | |
|---|---|---|
| RetroSense Therapeutics | Attn: Steven Bramer<br>330 East Liberty Street LL<br>Ann Arbor, MI 48104 | $0.00 |
| Rotem | Attn: TEM Systems Inc. Jaymee May<br>4309 Emperor Blvd, Suite 100<br>Durham, NC 27703 | $0.00 |
| RX-GEN | 5001 Plaza on the Lake, Ste 103<br>Austin, TX 78746 | $0.00 |
| Samsung Bioepsis Co., Ltd. | 107 Cheomdan-daero Yeonsu-gu<br>Incheon 406-840 Republic of Korea | $0.00 |
| Senesco Technologies | Attn: Richard S. Dondero<br>303 George St, Ste 420<br>New Brunswick, NJ 08901 | $0.00 |
| Syngenta Crop Protection, Inc. | Attn: Katherine Dixon<br>P.O. Box 18847<br>Greensboro, NC 27419 | $0.00 |
| Targacept | 100 North Main Street, Suite 1510<br>Winston-Salem, NC 27101-4072 | $0.00 |
| TyraTech | 5151 McCrimmon Pkwy<br>Ste 275<br>Morrisville, NC 27560 | $0.00 |
| UNC-Chapel Hill | Attn: Sara VanHeusen<br>116 Manning Dr. CB 7290<br>Chapel Hill, NC 27599 | $0.00 |
| UNC Biospecimen Proc Fac | Attn: Patricia Basta, Ph.D.<br>University of North Carolina<br>3003 Michael Hooker Research Dr.<br>Chapel Hill, NC 27599-7435 | $0.00 |

1264973.1

| | | |
|---|---|---|
| UNC Cystic Fibrosis (Randell) | UNC Cystic Fibrosis Ctr. CB-7248<br>4011 Thurston-Bowles Bldg. Chapel Hill, NC 27599 | $0.00 |
| UNC Cystic Fibrosis (Tarran) | UNC CF Center<br>7007A Thurston Bowles Bldg<br>CB#7248<br>Chapel Hill, NC 27599 | $0.00 |
| UNC Dental School | Univ. of N. Carolina-Chapel Hill<br>Giles F. Horney Building<br>103 Airport Drive, CB 1090<br>Chapel Hill, NC 27599 | |
| UNC Dental School Nackley Lab | UNC - Chapel Hill Sch. Of Dent.<br>Koury Oral Health Sciences #5614<br>385 South Columbia Street<br>Chapel Hill, NC 27599-7455 | $0.00 |
| UNC LCCC CBCS | Patricia Basta/CBCS - Epidemiology<br>135 Dauer Drive<br>Michael Hooker Res Cntr<br>3213 - UNC Chapel Hill, NC 27599 | $0.00 |
| UNC LCCC Jen Jen Yeh Lab | Jen Jen Yeh Lineberger Cancer Center<br>450 West Drive, Room 22 056<br>Chapel Hill, NC 27599-001 | $0.00 |
| UNC LCCC PCaP | Patricia Basta/PCAP - Epidemiology<br>135 Dauer Drive<br>Michael Hooker Res Cntr/3213<br>Chapel Hill, NC 27599 | $0.00 |
| UNC LCCC Ramsden Lab | 450 West Drive, CB 7295<br>Chapel Hill, NC 27599 | $0.00 |
| UNC LCCC TCF | Tissue Culture Facility Lineberger Comprehensive Cancer Center<br>CB7295, 318 Lineberger<br>Chapel Hill, NC 27599 | $0.00 |

1264973.1

| | | |
|---|---|---|
| UNC LCCC Weissman Lab | UNC - Lineberger Comprehensive Cancer Ctr Weissman Lab<br>101 Manning Drive<br>Chapel Hill, NC 27514 | $0.00 |
| UNC MMRRC | Genetics-MMRRC<br>120 Mason Farm Road<br>5023E GMB<br>Chapel Hill, NC 27599-7519 | $0.00 |
| UNC Pediatrics Darville Lab | UNC Pediatric AIRID 2242 Genome Science Bldg CB#7231<br>250 Bell Tower Drive<br>Chapel Hill, NC 27599-7231 | $0.00 |
| UNC Vector Core | 7119 Thurston Bowles, CB#7352<br>Chapel Hill, NC 27599 | $0.00 |
| Vanderbilt University | Office of Space & Facilities Planning<br>Crystal Terrace<br>3319 West End Ave., Ste 200<br>Nashville, TN 37203-105 | $0.00 |
| Vascular Pharmaceuticals Inc | 510 Meadowmont Village Circle<br>Suite 283<br>Chapel Hill, NC 27517 | $0.00 |
| ZeeCRO - Actavis Elizabeth, LLC | 200 Elmora Ave.<br>Elizabeth, NJ 07207 | $0.00 |
| ZeeCRO - Amneal Pharmaceuticals | 85 Adams Ave.<br>Hauppauge, NY 11788 | $0.00 |
| ZeeCRO - CorePharma | Attn Evett Fernandez<br>215 Wood Avenue<br>Middlesex, NJ 08846 | $0.00 |
| ZeeCRO - Dr. Reddy's Laboratories | 7-1-27, Ameerpet Hyderabad- India 500016 | $0.00 |

| ZeeCRO - Glenmark | Glenmark Generics, Ltd.<br>Glenmark Generics Research Centre,<br>Plot NO. A-607<br>T.T.C. Industrial Area<br>Midc Mahape, Navi Mumbia, India 400709 | $0.00 |
|---|---|---|
| ZeeCRO - Iroko | Concur Invoice Capature<br>c/o Iroko Pharmaceuticals, LLC<br>10700 Prairie Lakes Drive<br>Eden Prairie, MN 55344 | $0.00 |
| ZeeCRO - Kali Laboratories, Inc. | Accounts Payable<br>Par Pharma/Kali Labs<br>300 Tice Boulevard<br>Woodcliff Lake, NJ 07677 | $0.00 |
| ZeeCRO - Medicis Pharmaceutical | Medicis Pharmaceutical Corp<br>7720 North Dobson Road<br>Scottsdale, AZ 85256 | $0.00 |
| ZeeCRO - Novel Laboratories | Accounts Payable Novel Laboratories, Inc.<br>400 Campus Drive<br>Somerset, NJ 08873 | $0.00 |
| ZeeCRO - Par Pharmaceutical | 300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 | $0.00 |
| ZeeCRO - Perrigo - Paddock Laboratories | 1701 Bathgate Avenue<br>Bronx, NY 10457 | $0.00 |
| ZeeCRO - Ranbaxy Laboratories | Tausif Moni, V.P.<br>Ranbaxy Laboratories Limited<br>Plot No. GP-5, Sector 18, HSIDC Old Delhi-Gurgaon Road, Gurgaon 122 015 | $0.00 |

1264973.1

# CERTIFICATE OF SERVICE

I certify that on this day, I have served the foregoing via U.S. Mail on all parties listed on

Exhibit A to the Motion and the following:

Office of the United States Trustee
75 Spring Street
362 Richard B. Russell Building
Atlanta, GA 30303
Attn: James H. Morawetz, Esq.

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice LLP
271 17th Street, Suite 2400
Atlanta, GA 30363-1017

Ron C. Bingham, II, Esq.
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA 30308

J. William Boone, Esq.
Doroteya N. Wozniak, Esq.
James Bates Brannan Groover LLP
3399 Peachtree Road, Suite 1700
Atlanta, GA 30326

Adam Reinke, Esq.
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309-3450

This 24th day of December, 2014.

**MARTIN BAGWELL LUKE, P.C.**

/s/ Jimmy C. Luke, II
Jimmy C. Luke, II
Georgia Bar No. 191817

400 Northridge Road, Suite 1225
Atlanta, Georgia 30350
Direct: (404) 467-5867
Facsimile: (678) 218-0396
Email: jluke@mbllawfirm.com
*Counsel for Debtor*

1264973.1