# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| KRYOSPHERE, INC., | ) | 14-22080-jrs |
| | ) | |
| Debtor. | ) | |

### AMENDED NOTICE OF HEARING ON MOTIONS TO ASSUME EXECUTORY CONTRACTS AND LEASES AND ASSIGN TO KRYOCAL, LLC

PLEASE TAKE NOTICE that Debtor Kryosphere, Inc. has filed the following (the "Motions"):

- Motion to Assume Caterpillar Financial Services Corporation Lease and Assign to Kryocal, LLC

- Motion to Assume Nonresidential Real Property Lease and Assign to Kryocal, LLC

- First Omnibus Motion to Assume Customer Contracts and Assign to Kryocal, LLC

- Second Omnibus Motion to Assume Executory Contracts and Assign to Kryocal, LLC

The Motions seek approval of (i) Debtor's assumption of the executory contracts and leases described more particularly in the Motions and (ii) Debtor's assignment of such executory contracts and leases to Kryocal, LLC, the proposed purchaser of substantially all of Debtor's assets.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motions in Courtroom 1404, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia on January 20, 2015 at 10:00 a.m.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 29th day of December, 2014.

**MARTIN BAGWELL LUKE, P.C.**

/s/ Jimmy C. Luke, II
Jimmy C. Luke, II
Georgia Bar No. 191817

400 Northridge Road, Suite 1225
Atlanta, Georgia 30350
Direct: (404) 467-5867
Facsimile: (678) 218-0396
Email: jluke@mbllawfirm.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I certify that on this day, I have served the foregoing via U.S. Mail addressed to the parties identified on Exhibit A and B and to the following:

Office of the United States Trustee
75 Spring Street
362 Richard B. Russell Building
Atlanta, GA 30303
Attn: James H. Morawetz, Esq.

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice LLP
271 17th Street, Suite 2400
Atlanta, GA 30363-1017

Ron C. Bingham, II, Esq.
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA 30308

J. William Boone, Esq.
Doroteya N. Wozniak, Esq.
James Bates Brannan Groover LLP
3399 Peachtree Road, Suite 1700
Atlanta, GA 30326

Adam Reinke, Esq.
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, GA 30309-3450

This 29th day of December, 2014.

**MARTIN BAGWELL LUKE, P.C.**

/s/ Jimmy C. Luke, II
Jimmy C. Luke, II
Georgia Bar No. 191817

400 Northridge Road, Suite 1225
Atlanta, Georgia 30350
Direct: (404) 467-5867
Facsimile: (678) 218-0396
Email: jluke@mbllawfirm.com
*Counsel for Debtor*

# EXHIBIT A
## Customer Service List

| CUSTOMER NAME | ADDRESS |
|---|---|
| Achelios Therapeutics | 6340 Quadrangle Drive Suite 120<br>Chapel Hill, NC 27517 |
| Acorda - Neuronex | 420 Saw Mill River Road<br>Ardsley, NY 10502 |
| AlphaVax | 2 Triangle Drive<br>Research Triangle Park, NC 27709-0307 |
| Asklepios | 45 N. Chatham Parkway<br>Chapel Hill, NC 27517 |
| Avioq | P.O. Box 12808<br>Research Triangle Park, NC 27709 |
| Bayer Cropscience | Attn: Marcie Tolley<br>P.O. Box 98<br>Pittsburgh, PA 15230-0098 |
| Bayer CropScience | Attn: Sandy Mackie<br>P.O. Box 98<br>Pittsburgh, PA 15230-0098 |
| BD Technologies | P.O. Box 5200<br>Rantoul, IL 61866-5200 |
| BHV Pharma | 3200 East Hwy. 54 Research Triangle Park, NC 27709 |
| Cellular Dynamics, Inc. | 525 Science Drive<br>Madison, WI 53711 |
| Chimerix, Inc. | 4134 S. Alston Avenue<br>Durham, NC 27713 |
| CorePharma | Attn: Finance Department<br>215 Wood Avenue<br>Middlesex, NJ 08846-2554 |

| | |
|---|---|
| Cytonet | 801 Capitola Drive, Suite 8<br>Durham, NC 27713 |
| Duke Brain Tumor Center - | P. O. Box 104131<br>Durham, NC 27708 |
| Duke CTIL | P.O. Box 104131<br>Durham, NC 27708 |
| Duke Div Infectious Diseases | DUMC 102359<br>(Erwin Square, Room 348)<br>Durham, NC 27710 |
| Duke IGSP - Burke Labs | P.O. Box 104131<br>Durham, NC 27708 |
| Duke RadCCORE | 3961 Duke University<br>Durham, NC 27710 |
| Duke  University | 324 Blackwell Street<br>Washington Bldg Ste 800<br>P.O. Box 1044131<br>Durham, NC 27708 |
| Duke University Medical Center | Attn: John D. York, PhD<br>Department of Biochemistry<br>607 Light Hall<br>2215 Garland Ave.<br>Nashville, TN 37232-0146 |
| Dupuy Oxygen & Supply | Attn: Sharon Tomlinson<br>7201 Imperial Drive<br>Waco, TX 76712 |
| Dupuy Oxygen & Supply | P.O. Box 7833<br>Waco, TX 76714 |
| Emory University | 1525 Clifton Road, Ste 100 Atlanta, GA 30322 |
| Emory University Hospital | Attn: Accounts Payable<br>1364 Clifton Road NE<br>Atlanta, GA 30322 |

| | |
|---|---|
| Fujifilm Diosynth | 101 J Morris Commons Ln<br>Morrisville, NC 27560 |
| GeoVax | 1900 Lake Park Drive<br>Suite 380<br>Smyrna, GA 30080 |
| Glenmark Generics, Inc. | 750 Corporate Drive<br>Mahwah, NJ 07430 |
| Global Vaccines | 801-11 Capitola Drive<br>Durham, NC 27713 |
| Heat Biologics, Inc. | Heat Biologics, Inc.<br>100 Europa Drive, Ste 420<br>Chapel Hill, NC 27517 |
| Howard Hughes Med Institute | 4000 Jones Bridge Road<br>Chevy Chase, MD 20815 |
| Hoxworth Blood Center | 3130 Highland Avenue<br>Cincinnati, OH 45269<br>Attn: Traci Kraus |
| Humacyte | P.O. Box 12695<br>Durham, NC 37709 |
| Inovio - VGX Pharmaceuticals, LLC | Attn: Jessica C Lee<br>1787 Sentry Parkway Building 18<br>Suite 400<br>Blue Bell, PA 19422 |
| Intrexon | Attn: Accounts Payable<br>1750 Kraft Drive Suite 1400<br>Blacksburg, VA 24060 |
| Medicago | 7 Triangle Drive<br>Durham, NC 27713 |
| Medical University of South Carolina | Attn: Wayne Singleton<br>96 Jonathan Lucas Street<br>MSC 613, Room 420M<br>Charleston, SC 29425 |

| | |
|---|---|
| Memorial Sloan-Kettering | 300 E 66th Street<br>New York, NY 10065 |
| Merck-Inspire Pharmaceuticals, Inc. | Attn: Merk Sharp & Dohme Corp<br>PtP Shared Services<br>P.O. Box 982122<br>El Paso, TX 79998-2122 |
| Metabolon | Attn: Don Harvan, Director<br>P.O. Box 110407<br>Research Triangle Park, NC 27709 |
| Monsanto - Agradis | Attn: Accounts Payable Department<br>G5NP<br>P.O. Box 19095<br>St Louis, MO 53141-9095 |
| Octopharma Plasma | 3525 Whitehall Park Drive, Suite 500<br>Charlotte, NC 28273 |
| Pfizer/Neusentis- Icagen | Attn: Pfizer, Inc. GFSS – Americas<br>P.O. Box 34600<br>Bartlett, TN 38184-0600 |
| Precision BioSciences, Inc. | 302 E. Pettigrew Street Dibrell Building<br>Suite A-100<br>Durham, NC 27701 |
| RetroSense Therapeutics | Attn: Steven Bramer<br>330 East Liberty Street LL<br>Ann Arbor, MI 48104 |
| Rotem | Attn: TEM Systems Inc. Jaymee May<br>4309 Emperor Blvd, Suite 100<br>Durham, NC 27703 |
| RX-GEN | 5001 Plaza on the Lake, Ste 103<br>Austin, TX 78746 |
| Samsung Bioepsis Co., Ltd. | 107 Cheomdan-daero Yeonsu-gu<br>Incheon 406-840 Republic of Korea |
| Senesco Technologies | Attn: Richard S. Dondero<br>303 George St, Ste 420<br>New Brunswick, NJ 08901 |

| | |
|---|---|
| Syngenta Crop Protection, Inc. | Attn: Katherine Dixon<br>P.O. Box 18847<br>Greensboro, NC 27419 |
| Targacept | 100 North Main Street, Suite 1510<br>Winston-Salem, NC 27101-4072 |
| TyraTech | 5151 McCrimmon Pkwy<br>Ste 275<br>Morrisville, NC 27560 |
| UNC-Chapel Hill | Attn: Sara VanHeusen<br>116 Manning Dr. CB 7290<br>Chapel Hill, NC 27599 |
| UNC Biospecimen Proc Fac | Attn: Patricia Basta, Ph.D.<br>University of North Carolina<br>3003 Michael Hooker Research Dr.<br>Chapel Hill, NC 27599-7435 |
| UNC Cystic Fibrosis (Randell) | UNC Cystic Fibrosis Ctr. CB-7248<br>4011 Thurston-Bowles Bldg. Chapel Hill, NC 27599 |
| UNC Cystic Fibrosis (Tarran) | UNC CF Center<br>7007A Thurston Bowles Bldg<br>CB#7248<br>Chapel Hill, NC 27599 |
| UNC Dental School | Univ. of N. Carolina-Chapel Hill<br>Giles F. Horney Building<br>103 Airport Drive, CB 1090<br>Chapel Hill, NC 27599 |
| UNC Dental School Nackley Lab | UNC - Chapel Hill Sch. Of Dent.<br>Koury Oral Health Sciences #5614<br>385 South Columbia Street<br>Chapel Hill, NC 27599-7455 |
| UNC LCCC CBCS | Patricia Basta/CBCS - Epidemiology<br>135 Dauer Drive<br>Michael Hooker Res Cntr<br>3213 - UNC Chapel Hill, NC 27599 |

| | |
|---|---|
| UNC LCCC Jen Jen Yeh Lab | Jen Jen Yeh Lineberger Cancer Center<br>450 West Drive, Room 22 056<br>Chapel Hill, NC 27599-001 |
| UNC LCCC PCaP | Patricia Basta/PCAP - Epidemiology<br>135 Dauer Drive<br>Michael Hooker Res Cntr/3213<br>Chapel Hill, NC 27599 |
| UNC LCCC Ramsden Lab | 450 West Drive, CB 7295<br>Chapel Hill, NC 27599 |
| UNC LCCC TCF | Tissue Culture Facility Lineberger Comprehensive Cancer Center<br>CB7295, 318 Lineberger<br>Chapel Hill, NC 27599 |
| UNC LCCC Weissman Lab | UNC - Lineberger Comprehensive Cancer Ctr Weissman Lab<br>101 Manning Drive<br>Chapel Hill, NC 27514 |
| UNC MMRRC | Genetics-MMRRC<br>120 Mason Farm Road<br>5023E GMB<br>Chapel Hill, NC 27599-7519 |
| UNC Pediatrics Darville Lab | UNC Pediatric AIRID 2242 Genome Science Bldg CB#7231<br>250 Bell Tower Drive<br>Chapel Hill, NC 27599-7231 |
| UNC Vector Core | 7119 Thurston Bowles, CB#7352<br>Chapel Hill, NC 27599 |
| Vanderbilt University | Office of Space & Facilities Planning<br>Crystal Terrace<br>3319 West End Ave., Ste 200<br>Nashville, TN 37203-105 |
| Vascular Pharmaceuticals Inc | 510 Meadowmont Village Circle<br>Suite 283<br>Chapel Hill, NC 27517 |

| | |
|---|---|
| ZeeCRO - Actavis Elizabeth, LLC | 200 Elmora Ave.<br>Elizabeth, NJ 07207 |
| ZeeCRO - Amneal Pharmaceuticals | 85 Adams Ave.<br>Hauppauge, NY 11788 |
| ZeeCRO - CorePharma | Attn Evett Fernandez<br>215 Wood Avenue<br>Middlesex, NJ 08846 |
| ZeeCRO - Dr. Reddy's Laboratories | 7-1-27, Ameerpet Hyderabad- India 500016 |
| ZeeCRO - Glenmark | Glenmark Generics, Ltd.<br>Glenmark Generics Research Centre, Plot NO. A-607<br>T.T.C. Industrial Area<br>Midc Mahape, Navi Mumbia, India 400709 |
| ZeeCRO - Iroko | Concur Invoice Capature<br>c/o Iroko Pharmaceuticals, LLC<br>10700 Prairie Lakes Drive<br>Eden Prairie, MN 55344 |
| ZeeCRO - Kali Laboratories, Inc. | Accounts Payable<br>Par Pharma/Kali Labs<br>300 Tice Boulevard<br>Woodcliff Lake, NJ 07677 |
| ZeeCRO - Medicis Pharmaceutical | Medicis Pharmaceutical Corp<br>7720 North Dobson Road<br>Scottsdale, AZ 85256 |
| ZeeCRO - Novel Laboratories | Accounts Payable Novel Laboratories, Inc.<br>400 Campus Drive<br>Somerset, NJ 08873 |
| ZeeCRO - Par Pharmaceutical | 300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 |
| ZeeCRO - Perrigo - Paddock Laboratories | 1701 Bathgate Avenue<br>Bronx, NY 10457 |

| ZeeCRO - Ranbaxy Laboratories | Tausif Moni, V.P. Ranbaxy Laboratories Limited Plot No. GP-5, Sector 18, HSIDC Old Delhi-Gurgaon Road, Gurgaon 122 015 |
|---|---|

**EXHIBIT B**
**Miscellaneous Vendors Service List**

| VENDOR NAME | ADDRESS |
| --- | --- |
| BizMaids LLC | 4801 Glenwood Avenue<br>Suite 200<br>Raleigh, NC 27612 |
| IMS, Inc. | 6110 Executive Blvd.<br>Suite 310<br>Rockville, MD 20852 |
| Machine & Welding Supply Co. | PO Box 1708<br>Dunn, NC 28335-1708 |
| Mesa Monitor, Inc. | 12100 W 6th Ave.<br>Lakewood, CO 80228 |
| Surya Technologies | 940 Main Campus Dr.<br>Venture I, Suite 120<br>Raleigh, NC 27606 |
| Time Warner Cable | PO Box 70872<br>Charlotte, NC 28272-0872 |